| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nevol, Scott Christopher** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Eckardt-Nevol, Lisa Marie** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Scott C. Nevol; DBA Installation Proz** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Lisa Marie Nevol; AKA Lisa Marie Eckardt; AKA Lisa M. Eckardt-Nevol** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-9650** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1399** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**239 Fitzpatrick Trail**<br>**West Henrietta, NY 14586** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**239 Fitzpatrick Trail**<br>**West Henrietta, NY 14586** |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | County of Residence or of the<br>Principal Place of Business: **Monroe** |
| Mailing Address of Debtor (if different from street address):<br>**same** | Mailing Address of Joint Debtor (if different from street address):<br>**same** |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7　　☐ Chapter 11　　☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9　　☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

**Nature of Debts** (Check one box)

■ Consumer/Non-Business　　☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)　　THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Nevol, Scott Christopher** **Eckardt-Nevol, Lisa Marie** | **FORM B1**, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **no** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**      **/s/ Scott Christopher Nevol**

Signature of Debtor **Scott Christopher Nevol**

**X**      **/s/ Lisa Marie Eckardt-Nevol**

Signature of Joint Debtor **Lisa Marie Eckardt-Nevol**

Telephone Number (If not represented by attorney)

**August 24, 2005**

Date

**Signature of Attorney**

**X**      **/s/ R. Eric Feder**

Signature of Attorney for Debtor(s)

**R. Eric Feder**

Printed Name of Attorney for Debtor(s)

**Olsson and Feder, LLP**

Firm Name

**1580 Elmwood Ave**
**Rochester, NY 14620**

Address      **Email: efeder@olssonfeder.com**
**585-473-1180  Fax: 585-473-1183**

Telephone Number

**August 24, 2005**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X  /s/ R. Eric Feder                    August 24, 2005**
      Signature of Attorney for Debtor(s)            Date
      **R. Eric Feder**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re    **Scott Christopher Nevol,**
            **Lisa Marie Eckardt-Nevol**

Debtors

Case No. _____

Chapter               **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 164,900.00 | | |
| B - Personal Property | Yes | 5 | 27,831.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 201,509.27 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 79,982.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,022.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,145.30 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 192,731.00 | | |
| Total Liabilities | | | | 281,491.27 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **Scott Christopher Nevol,**                  Case No. _____
         **Lisa Marie Eckardt-Nevol**

                                          ,
Debtors

# SCHEDULE A. REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

      If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 239 Fitzpatrick Trail, West Henrietta NY - Single family residence on 76' x 162' lot. Deed held as tenants by the entirety.** | **Joint tenant** | **J** | **164,900.00** | **179,651.89** |

|  | Sub-Total > | **164,900.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **164,900.00** |  |

\_\_\_\_**0**\_\_\_\_ continuation sheets attached to the Schedule of Real Property          (Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Scott Christopher Nevol,**
**Lisa Marie Eckardt-Nevol**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Debtor's person** | **J** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at ESL account # *****1-360** | **J** | **0.00** |
| | | **Checking account at HSBC account # *****1827** | **J** | **10.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture in living room, dining room, kitchen, 4 bedroom(s); stove, refrigerator, TV, stereo, misc. household goods.** | **J** | **2,240.00** |
| | | **Washer, dryer, microwave; 2 additional TV's, 2 VCR(s); DVD player; computer w/ printer; 2 additional stereos** | **J** | **775.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **773 books, pictures, 204 CD's, 62 VHS Tapes, 12 DVD's, 14 place China set and silverware, Hummel porceline figurines, stuffed bears** | **J** | **1,032.00** |
| 6. Wearing apparel. | | **Used wardrobe** | **H** | **400.00** |
| | | **Used wardrobe** | **W** | **700.00** |

Sub-Total >     **5,207.00**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **Scott Christopher Nevol,**
     **Lisa Marie Eckardt-Nevol**

Case No. _____

,

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | **1. Engagement ring: Ladies 14 kt Yellow gold engagement ring containing 1 center diamond of modern round brilliant cut weighing .73 ct, of fine white color with very slight inclusions. Also contains one genuine 4mm blue zircon and one genuine 4mm aquamarine.     -$650.00** | **W** | **745.00** |
| | | **2. 1 pair of 14kt yellow gold tapered hoop earrings with a swing post. The design is alternating engraved finish and brite finish.     $10.00** | | |
| | | **3.  1 pair of 14kt yellow gold pair 4.5mm cultured pearl post earrings of good quality. $10.00** | | |
| | | **4.  1 14kt yellow gold ladies marquise emerald with side diamonds. The center emerald measures 6x4 and is medium color and density.  The side diamonds are .04ct total weight.** | **$15.00** | |
| | | **5. 1 14kt yellow gold ladies open link and 3 diamond link alternated design bracelet. There are a total of 15 diamonds, 10 2.2mm each weighing .04ct each. The other five measure 2.8mm, .08ct each.  All the diamonds are full cut of good/fair quality. The gold links are solid and well made. This bracelet is 7" long.   (BROKEN) - $50.00** | | |
| | | **6.  1 14kt yellow gold ladies modern design brushed and bright finish link bracelet.  This bracelet is 7" long with a plunger safety lock clasp. $10.00** | | |
| | | **7. 1 - 14kt yellow gold ladies 5 marquise cut genuine blue sapphire set with 8 full cut small diamonds. The sapphires weigh .12ct each. The diamonds weigh .02ct each. The sapphires and diamonds are all very well cut with good color and symmetry.                 $20.00** | **W** | **20.00** |
| | | **wedding ring** | **H** | **50.00** |
| | | **wedding ring** | **W** | **50.00** |
| | | **watch** | **W** | **5.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **3 bicycles, weight equipment, exercise machine, .44 magnum handgun** | **J** | **300.00** |

Sub-Total >      **1,170.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re   **Scott Christopher Nevol,**                     Case No. _____
         **Lisa Marie Eckardt-Nevol**
_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **H and W both have term policies through Mass Mutual** | **-** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | | **Traveler Life and Annuity. $1699.85 loan against her TSA with voluntary payments of $87.33/mo.** | **W** | **4,760.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **New York State Teacher's Retirement through Rochester City School District with 12 years of service credits. currently she would receive $6,290/year at age 55 if she had no more service credits. Wife has a $6,557 loan against her TSA with wage deduction of  $$192.50/mo. which ends 4/30/08** | **W** | **Unknown** |
| | | **Roth IRA w/ Franklin Templeton Investments.** | **H** | **484.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >     **5,244.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Scott Christopher Nevol,**
**Lisa Marie Eckardt-Nevol**

Case No. _____

Debtors,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **2005 State and Federal tax refunds** | **J** | **Unknown** |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Honda Accord in fair condition w/ 109,000 miles** | **W** | **4,075.00** |
| | | **2000 Pontiac Montana Extended Minivan** | **J** | **8,470.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total > **12,545.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Scott Christopher Nevol,**
         **Lisa Marie Eckardt-Nevol**
                                ,

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Electrical tools - 18 Volt Ryobi power tool combo set (Drill, Flashlight, Charger, 4 Batteries, Circular Saw), jig saw (1), soldering iron (1), 90 degree Makita drill (drill, charger, 3 batteries) (1), Staple gun (1), voltage meter (2)** | H | 560.00 |
| | | **Air tools - die grinder (1), small air saw (1)** | | |
| | | **Hand Tools - Staple gun (1) cable type, RF Coax Crimpers (1), ¼" socket set (25), 3/8" socket set (50), ½" socket set (20), Screwdriver Set (25), Misc. bit set for drill (Torx, Phillips, security etc) (50), Wrench sets Metric/SAE (25), hole saw bits (30), jig saw (1), adjustable pliers (5), drill bit set (30), Measuring tapes (4), Wire cutters (2), Wire Strippers (2), levels (4), hammer (1), Tool box (1), clamp set (4), hacksaw (1), screwdriver impact (1), 3 ton floor jack (1), jack stands (4), creeper (1), 6' step ladder (1), stud finder(1), rivit tool (1), trim panel removal tool (3), razor knives (3), tin snips (1), Fan (1), extension cord (3), work cart (1)** | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **Boxer mixed breed** | J | 5.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **Purchase Agreement for one week time share condominium (Studio unit) at Captain's Command at Bluebeard's Beach Club and Villas, with a business address of P.O. Box 7480, St. Thomas, U.S. Virgin Islands 00801. Deed will not be delivered until paid in full.** | J | 3,000.00 |
| | | **mower, garden equipment, grill, dehumidifier** | J | 100.00 |

Sub-Total >    **3,665.00**
(Total of this page)
Total >    **27,831.00**

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Scott Christopher Nevol,**               Case No. _____

         **Lisa Marie Eckardt-Nevol**

                                                     Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Debtor's person** | **Debtor & Creditor Law § 283(2)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at ESL account # *****1-360** | **Debtor & Creditor Law § 283(2)** | **0.00** | **0.00** |
| **Checking account at HSBC account # *****1827** | **Debtor & Creditor Law § 283(2)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture in living room, dining room, kitchen, 4 bedroom(s); stove, refrigerator, TV, stereo, misc. household goods.** | **NYCPLR § 5205(a)(5)** | **2,240.00** | **2,240.00** |
| **Wearing Apparel** | | | |
| **Used wardrobe** | **NYCPLR § 5205(a)(5)** | **400.00** | **400.00** |
| **Used wardrobe** | **NYCPLR § 5205(a)(5)** | **700.00** | **700.00** |
| **Furs and Jewelry** | | | |
| **wedding ring** | **NYCPLR § 5205(a)(6)** | **50.00** | **50.00** |
| **wedding ring** | **NYCPLR § 5205(a)(6)** | **50.00** | **50.00** |
| **watch** | **NYCPLR § 5205(a)(6)** | **5.00** | **5.00** |
| **Annuities** | | | |
| **Traveler Life and Annuity. $1699.85 loan against her TSA with voluntary payments of $87.33/mo.** | **NYCPLR § 5205** | **4,760.00** | **4,760.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **New York State Teacher's Retirement through Rochester City School District with 12 years of service credits. currently she would receive $6,290/year at age 55 if she had no more service credits. Wife has a $6,557 loan against her TSA with wage deduction of $$192.50/mo. which ends 4/30/08** | **NY Edu. Law § 524** | **0.00** | **Unknown** |
| **Roth IRA w/ Franklin Templeton Investments.** | **Debtor & Creditor Law § 282(2)(e)** | **484.00** | **484.00** |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| **2005 State and Federal tax refunds** | **Debtor & Creditor Law § 283(2)** | **4,940.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Honda Accord in fair condition w/ 109,000 miles** | **Debtor & Creditor Law § 282(1)** | **2,400.00** | **4,075.00** |

<u>  **1**  </u> continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re   **Scott Christopher Nevol,**            Case No. _____

        **Lisa Marie Eckardt-Nevol**

                                   ,

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Electrical tools - 18 Volt Ryobi power tool combo set (Drill, Flashlight, Charger, 4 Batteries, Circular Saw), jig saw (1), soldering iron (1), 90 degree Makita drill (drill, charger, 3 batteries) (1), Staple gun (1), voltage meter (2)** | **NYCPLR § 5205(a)(7)** | **560.00** | **560.00** |
| **Air tools - die grinder (1), small air saw (1)** | | | |
| **Hand Tools - Staple gun (1) cable type, RF Coax Crimpers (1), ¼" socket set (25), 3/8" socket set (50), ½" socket set (20), Screwdriver Set (25), Misc. bit set for drill (Torx, Phillips, security etc) (50), Wrench sets Metric/SAE (25), hole saw bits (30), jig saw (1), adjustable pliers (5), drill bit set (30), Measuring tapes (4), Wire cutters (2), Wire Strippers (2), levels (4), hammer (1), Tool box (1), clamp set (4), hacksaw (1), screwdriver impact (1), 3 ton floor jack (1), jack stands (4), creeper (1), 6' step ladder (1), stud finder(1), rivit tool (1), trim panel removal tool (3), razor knives (3), tin snips (1), Fan (1), extension cord (3), work cart (1)** | | | |
| **Animals** | | | |
| **Boxer mixed breed** | **NYCPLR § 5205(a)(4)** | **5.00** | **5.00** |

Sheet \_\_**1**\_\_ of \_\_**1**\_\_ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

Form B6D
(12/03)

In re    **Scott Christopher Nevol,**                               Case No. _____

         **Lisa Marie Eckardt-Nevol**

_____ ,

                                Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3717** <br><br> ABN-Amro Mortgage <br> Loan Administration <br> 2600 W. Big Beaver Rd. M0904-470 <br> Troy, MI 48084-3326 | | J | 8/02 <br><br> **First Mortgage** <br><br> **Location: 239 Fitzpatrick Trail, West Henrietta NY - Single family residence on 76' x 162' lot. Deed held as tenants by the entirety.** | | | | | |
| | | | Value $        164,900.00 | | | | 144,962.00 | 0.00 |
| Account No. **xxxxxx-xx-xxx093-4** <br><br> Beneficial Customer Service <br> 3225 E. Lake Road <br> Roseland Ctr-Suite G <br> Canandaigua, NY 14424 | | J | 3/04 <br><br> **Second Mortgage** <br><br> **Location: 239 Fitzpatrick Trail, West Henrietta NY - Single family residence on 76' x 162' lot. Deed held as tenants by the entirety.** | | | | | |
| | | | Value $        164,900.00 | | | | 34,689.89 | 14,751.89 |
| Account No. <br><br> Bluebeard's Beach Club and Villas <br> P.O. Box 7480 <br> St Thomas, VI 00801 | | J | 12/01 <br> **Creditor retains Deed until paid** <br> **Purchase Agreement for one week time share condominium (Studio unit) at Captain's Command at Bluebeard's Beach Club and Villas, with a business address of P.O. Box 7480, St. Thomas, U.S. Virgin Islands 00801. Deed will not** | | | | | |
| | | | Value $        3,000.00 | | | | 11,070.00 | 8,070.00 |
| Account No. **xxxx0-015** <br><br> Eastman Savings and Loan <br> ESL Administrative Offices <br> 100 Kings Highway South, Suite 1200 <br> Rochester, NY 14617-5598 | | J | 3/03 <br><br> **Purchase Money Security** <br><br> **2000 Pontiac Montana Extended Minivan** | | | | | |
| | | | Value $        8,470.00 | | | | 10,787.38 | 2,317.38 |

**0**   continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | 201,509.27 |
| Total <br> (Report on Summary of Schedules) | 201,509.27 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re     **Scott Christopher Nevol,**                                  Case No. _____
           **Lisa Marie Eckardt-Nevol**

                                                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

  *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re  **Scott Christopher Nevol,**
      **Lisa Marie Eckardt-Nevol**
_____,
                                Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 5006**<br><br>**Aspire**<br>**P. O. Box 105555**<br>**Atlanta, GA 30348-5555** | | H | **1/03 - 6/05**<br>**Credit card purchases** | | | | **2,058.00** |
| Account No. **xxx-xxxx-xxx8129**<br><br>**Bank of New York**<br>**BNY-Bank by Mail - NY**<br>**PO Box 431**<br>**White Plains, NY 10602** | | W | **4/01**<br>**Personal Loan** | | | | **4,522.00** |
| Account No. **xxxx xxxx xxxx 4234**<br><br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | W | **12/02 - 6/3/05**<br>**Credit card purchases** | | | | **7,121.00** |
| Account No. **xxxx xxxx xxxx 1057**<br><br>**Direct Merchants Bank**<br>**PO Box 21550**<br>**Tulsa, OK 74121-1550** | | H | **5/03 - 4/05**<br>**Credit card purchases** | | | | **6,281.00** |

__3___  continuation sheets attached

Subtotal
(Total of this page)  **19,982.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:25926-050615   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Scott Christopher Nevol,**
    **Lisa Marie Eckardt-Nevol**
                                                    ,
                                                  Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Dorothy Eckardt**<br>**18 Hayden Street**<br>**Henrietta, NY 14467** | | W | **5/02**<br>**Personal Loan** | | | | **3,000.00** |
| **Account No.**<br><br>**Eastman Savings and Loan**<br>**ESL Administrative Offices**<br>**100 Kings Highway South, Suite 1200**<br>**Rochester, NY 14617-5598** | | J | **6/04 - 6/05**<br>**overdraft line of credit** | | | | **1,010.00** |
| **Account No. xxxx xxxx xxxx 6413**<br><br>**Eastman Savings and Loan Visa**<br>**Customer Service**<br>**PO Box 31112**<br>**Tampa, FL 33631-3112** | | W | **7/04 - 6/05**<br>**Credit card purchases** | | | | **4,976.00** |
| **Account No. xxx xxxxx xx3 329**<br><br>**MBNA America**<br>**PO Box 15027**<br>**Wilmington, DE 19850-5027** | | W | **12/04**<br>**Personal loan** | | | | **31,959.00** |
| **Account No. xxxx xxxx xxxx 3320**<br><br>**MBNA America**<br>**PO BOX 15026**<br>**Wilmington, DE 19850-5026** | | J | **12/04 - 4/05**<br>**Credit card purchases** | | | | **1,699.00** |

Sheet no. **1** of **3** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **42,644.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Scott Christopher Nevol,**
**Lisa Marie Eckardt-Nevol**                                                Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 4371**<br><br>**Providian**<br>**PO Box 660509**<br>**Dallas, TX 75266-0509** | | W | **7/03 - 2/05**<br>**Credit card purchases** | | | | **2,520.00** |
| Account No. **xxxx xxxx xxxx 0172**<br><br>**Providian**<br>**PO Box 660509**<br>**Dallas, TX 75266-0509** | | H | **8/03 - 5/24/05**<br>**Credit card purchases** | | | | **2,589.00** |
| Account No. **xxx-xx-x650-1**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | | H | **4/03**<br>**student loan** | | | | **10,329.00** |
| Account No. **xxx xxx xxxxxx4697**<br><br>**Sam's Club**<br>**PO Box 981064**<br>**El Paso, TX 79998-1064** | | W | **8/04 - 5/05**<br>**Credit card purchases** | | | | **586.00** |
| Account No.<br><br>**Verizon**<br>**Att.: Bankruptcy Specialist**<br>**6360 Thompson Rd.**<br>**POB 6360, Flr. 1**<br>**Syracuse, NY 13206** | | J | **2/04**<br>**cell phone contract** | | | | **Unknown** |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **16,024.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Scott Christopher Nevol,**
         **Lisa Marie Eckardt-Nevol**
                                                                    Case No. _____
_____ ,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7918** <br><br> **Wells Fargo Financial** <br> **2496 Ridge Road West** <br> **Greece, NY 14626-3049** | | W | **5/05** <br> **Personal Loan** | | | | **1,332.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,332.00**

Total (Report on Summary of Schedules) **79,982.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Scott Christopher Nevol,**
**Lisa Marie Eckardt-Nevol**

Case No. _____

_____,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bluebeard's Beach Club and Villas**<br>**P.O. Box 7480**<br>**St Thomas, VI 00801** | **Purchase Agreement for one week time share condominium (Studio unit) at Captain's Command at Bluebeard's Beach Club and Villas, with a business address of P.O. Box 7480, St. Thomas, U.S. Virgin Islands 00801.** |
| **Verizon**<br>**Att.: Bankruptcy Specialist**<br>**6360 Thompson Rd.**<br>**POB 6360, Flr. 1**<br>**Syracuse, NY 13206** | **2 year cell phone contract ends 5/2/06** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Scott Christopher Nevol,**
       **Lisa Marie Eckardt-Nevol**
                                                          Case No. _____

_____,
                          Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

___**0**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**

Case No. _____

Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **14** |
| | **Daughter** | **20 mo.** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **technician** | **Special Education Teacher** |
| Name of Employer | **Rochester Radio, Inc.** | **Rochester City School District** |
| How long employed | **since 1996** | **since 9/1994** |
| Address of Employer | **992 Carter Street** **Rochester, NY 14621** | **999 South Ave.** **Rochester, NY 14620** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,944.17** | $ **3,927.08** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **1,944.17** | $ **3,927.08** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **423.06** | $ **721.21** |
| b. Insurance | $ **0.00** | $ **105.38** |
| c. Union dues | $ **0.00** | $ **59.15** |
| d. Other (Specify) **See Detailed Income Attachment** | $ **0.00** | $ **692.49** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **423.06** | $ **1,578.23** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,521.11** | $ **2,348.85** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) **Wife's part time job at Wegmans -$145/mo. gross -Net =** | $ **0.00** | $ **119.00** |
| **Wife's part time job at Easter Seals** | $ **0.00** | $ **34.00** |
| TOTAL MONTHLY INCOME | $ **1,521.11** | $ **2,501.85** |

TOTAL COMBINED MONTHLY INCOME $ **4,022.96** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re  **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**                                  Case No. _____
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **Flexible spending acct, for medical** | $          **0.00** | $          **83.33** |
| **FSA for daycare** | $          **0.00** | $          **416.66** |
| **NYS Retirement loan ends 4/30/08** | $          **0.00** | $          **192.50** |
| **Total Other Payroll Deductions** | $          **0.00** | $          **692.49** |

In re   **Scott Christopher Nevol**
       **Lisa Marie Eckardt-Nevol**                                Case No. _____

                                      Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | **1,956.00** |
| Are real estate taxes included?        Yes **X**    No ___ | | |
| Is property insurance included?        Yes **X**    No ___ | | |
| Utilities:      Electricity and heating fuel | $ | **180.00** |
|                Water and sewer | $ | **20.00** |
|                Telephone | $ | **140.00** |
|                Other    **See Detailed Expense Attachment** | $ | **116.00** |
| Home maintenance (repairs and upkeep) | $ | **25.00** |
| Food | $ | **500.00** |
| Clothing | $ | **150.00** |
| Laundry and dry cleaning | $ | **20.00** |
| Medical and dental expenses | $ | **0.00** |
| Transportation (not including car payments) | $ | **325.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **50.00** |
| Charitable contributions | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                Homeowner's or renter's | $ | **0.00** |
|                Life | $ | **93.61** |
|                Health | $ | **0.00** |
|                Auto | $ | **110.00** |
|                Other    **See Detailed Expense Attachment** | $ | **159.69** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|                (Specify) _____ | $ | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|                Auto | $ | **0.00** |
|                Other _____ | $ | **0.00** |
|                Other _____ | $ | **0.00** |
|                Other _____ | $ | **0.00** |
| Alimony, maintenance, and support paid to others | $ | **300.00** |
| Payments for support of additional dependents not living at your home | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **0.00** |
| Other _____ | $ | **0.00** |
| Other _____ | $ | **0.00** |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **4,145.30** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | **N/A** |
| B.   Total projected monthly expenses | $ | **N/A** |
| C.   Excess income (A minus B) | $ | **N/A** |
| D.   Total amount to be paid into plan each _____ | $ | **N/A** |
|                                     (interval) | | |

In re   **Scott Christopher Nevol**
       **Lisa Marie Eckardt-Nevol**                              Case No. _____

                                   Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Garbage** | $ | **28.00** |
| **Cable** | $ | **53.00** |
| **Internet** | $ | **35.00** |
| **Total Other Utility Expenditures** | $ | **116.00** |

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| **disabilty** | $ | **36.69** |
| **TSA loan (not deducted from pay) ends 3/19/07** | $ | **87.00** |
| **Personal care** | $ | **36.00** |
| **Total Other Insurance Expenditures** | $ | **159.69** |

# United States Bankruptcy Court
## Western District of New York

In re    **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**

Debtor(s)

Case No. _____

Chapter   **7**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 24, 2005**           Signature  **/s/ Scott Christopher Nevol**

                                              **Scott Christopher Nevol**
                                              Debtor

Date  **August 24, 2005**           Signature  **/s/ Lisa Marie Eckardt-Nevol**

                                              **Lisa Marie Eckardt-Nevol**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**        Case No. _____

Debtor(s)      Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $14,357.00 | H 2005 Income year-to-date from Rochester Radio Inc. as of 7/2/05 |
| $29,172.00 | W 2005 Income year-to-date Rochester City School District |
| $29,064.00 | H 2004 Incomefrom Rochester Radio Inc. |
| $1,298.00 | H 2004 Income from Rhodes Business Group |
| $43,344.00 | W's 2004 Income from Rochester City School District |
| $319.00 | W's 2004 Income from Easter Seals |
| $1,390.00 | W's 2004 Income from Wegmans |
| $42,608.00 | W's 2003 Income from Rochester City School District |
| $137.00 | W's 2003 Income from Easter Seals |
| $3,502.00 | W's 2003 Income from Wegmans |
| $27,017.00 | H 2003 Income from Rhodes Businaess Group |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$1,406.00** | **H 2003 Incomefrom Rochester Radio Inc** |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,819.00** | **2003 Wife received disability insurance from 6/26/03 - 12/25/03** |

**3. Payments to creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ABN-Amro Mortgage Loan Administration 2600 W. Big Beaver Rd. M0904-470 Troy, MI 48084-3326** | **Monthly payment of $1563.95** | **$4,691.85** | **$144,059.00** |
| **Beneficial Beneficial Customer Service 3225 E. Lake Road Roseland Ctr-Suite G Canandaigua, NY 14424** | **Montlhly 2nd Mortgage payment, $391.00/mo.** | **$1,173.00** | **$34,689.00** |
| **ESL Federal Credit Union Attn: Janet Burt, LSD 100 Kings Hwy, S. Suite 1200 Rochester, NY 14617-9974** | **Car payment $360/m0.** | **$1,080.00** | **$10,787.00** |

None ☐ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dorothy Eckardt 18 Hayden Street Henrietta, NY 14467 Wife's mother** | **5/18/05** | **$500.00** | **$3,000.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Olsson and Feder, LLP**<br>**1580 Elmwood Ave**<br>**Rochester, NY 14620** | **6/05 - 7/05** | **$950.00** |

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unknown** | | **garage sale 6/12/05 - made $82.00** |

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Ethel Kidd**<br>**3831 E. Henrietta Rd.**<br>**Henrietta, NY 14467** | **furniture** | **debtor's residence** |

### 15. Prior address of debtor

None ■   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Case 2-05-24305-JCN,   Doc 1,   Filed 08/24/05,   Entered 08/24/05 17:02:35,
Description: Main Document , Page 29 of 38

**18 . Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Installation Proz** | | **20 Bloomfield Place Rochester, NY 14620** | **H's class project - no business transacted.** | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                       ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                          DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                           DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 24, 2005**                    Signature  **/s/ Scott Christopher Nevol**
                                                         **Scott Christopher Nevol**
                                                         Debtor

Date  **August 24, 2005**                    Signature  **/s/ Lisa Marie Eckardt-Nevol**
                                                         **Lisa Marie Eckardt-Nevol**
                                                         Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**

Case No. _____

Debtor(s)

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   | **Description of Property** | **Creditor's name** |
   |---|---|
   | **1.** | |
   | **Purchase Agreement for one week time share condominium (Studio unit) at Captain's Command at Bluebeard's Beach Club and Villas, with a business address of P.O. Box 7480, St. Thomas, U.S. Virgin Islands 00801. Deed will not be delivered unt** | **Bluebeard's Beach Club and Villas** |

   *b. Property to Be Retained*                      *[Check any applicable statement.]*

   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|
   | **1.** **Location: 239 Fitzpatrick Trail, West Henrietta NY - Single family residence on 76' x 162' lot. Deed held as tenants by the entirety.** | **ABN-Amro Mortgage** | **Debtor will retain collateral and continue to make regular payments.** | | |
   | **2.** **Location: 239 Fitzpatrick Trail, West Henrietta NY - Single family residence on 76' x 162' lot. Deed held as tenants by the entirety.** | **Beneficial Customer Service** | **Debtor will retain collateral and continue to make regular payments.** | | |
   | **3.** **2000 Pontiac Montana Extended Minivan** | **Eastman Savings and Loan** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date **August 24, 2005**

Signature **/s/ Scott Christopher Nevol**
**Scott Christopher Nevol**
Debtor

Date **August 24, 2005**

Signature **/s/ Lisa Marie Eckardt-Nevol**
**Lisa Marie Eckardt-Nevol**
Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re **Scott Christopher Nevol**
**Lisa Marie Eckardt-Nevol**

Case No. _____

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................. $ **950.00**

   Prior to the filing of this statement I have received.................................................... $ **950.00**

   Balance Due.................................................................................................................. $ **0.00**

2. $ **194.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 24, 2005**

/s/ **R. Eric Feder**
**R. Eric Feder**
**Olsson and Feder, LLP**
**1580 Elmwood Ave**
**Rochester, NY 14620**
**585-473-1180  Fax: 585-473-1183**
**efeder@olssonfeder.com**

---

## United States Bankruptcy Court
### Western District of New York

In re    **Scott Christopher Nevol**
    **Lisa Marie Eckardt-Nevol**

                        Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **August 24, 2005**

**/s/ Scott Christopher Nevol**
**Scott Christopher Nevol**
Signature of Debtor

Date:  **August 24, 2005**

**/s/ Lisa Marie Eckardt-Nevol**
**Lisa Marie Eckardt-Nevol**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

ABN AMBRO Mortgage Group, Inc.
4242 North Harlem Avenue
Norridge, IL 60706


ABN-Amro Mortgage
Loan Administration
2600 W. Big Beaver Rd. M0904-470
Troy, MI 48084-3326


Aspire
P. O. Box 105555
Atlanta, GA 30348-5555


Aspire
POB 105555
Atlanta, GA 30321-5555


Bank of New York
BNY-Bank by Mail - NY
PO Box 431
White Plains, NY 10602


Beneficial Customer Service
3225 E. Lake Road
Roseland Ctr-Suite G
Canandaigua, NY 14424


Beneficial/HFC
P.O. Box 17574
Baltimore, MD 21297-1574


Bluebeard's Beach Club and Villas
P.O. Box 7480
St Thomas, VI 00801


Capital One Bank
PO Box 85015
Richmond, VA 23285-5015


Direct Merchant's Bank
Cardmember Services
Attn.: Account Services
4848 South 129th Ave.
Tulsa, OK 74134-7001

Direct Merchants Bank
PO Box 21550
Tulsa, OK 74121-1550


Direct Merchants Bank
P.O. Box 17036
Baltimore, MD 21297


Dorothy Eckardt
18 Hayden Street
Henrietta, NY 14467


Eastman Savings and Loan
ESL Administrative Offices
100 Kings Highway South, Suite 1200
Rochester, NY 14617-5598


Eastman Savings and Loan Visa
Customer Service
PO Box 31112
Tampa, FL 33631-3112


Fairfield Resorts Inc.
P.O. Box 98940
Las Vegas, NV 89193-8940


MBNA
400 Christiana Road
Newark, DE 19713


MBNA America
PO Box 15027
Wilmington, DE 19850-5027


MBNA America
PO BOX 15026
Wilmington, DE 19850-5026


MBNA America
Customer Service
POB 15026
Wilmington, DE 19850-5026

Providian
PO Box 660509
Dallas, TX 75266-0509


Providian Customer Service
P.O. Box 9016
Pleasanton, CA 94566-9016


Sallie Mae
PO Box 9500
Wilkes-Barre, PA 18773-9500


Sam's Club
PO Box 981064
El Paso, TX 79998-1064


Sam's Club Customer Service
P.O. Box 981401
El Paso, TX 79998-1401


The Bank of New York Company, Inc.
Office of the President
One Wall Street
New York, NY 10286


Verizon
Att.: Bankruptcy Specialist
6360 Thompson Rd.
POB 6360, Flr. 1
Syracuse, NY 13206


Wells Fargo Customer Service
P. O. Box 9121
Des Moines, IA 50306


Wells Fargo Financial
2496 Ridge Road West
Greece, NY 14626-3049